## LEONARD JACKSON *v.* COMMISSIONER OF CORRECTION

The petitioner Leonard Jackson's petition for certification for appeal from the Appellate Court, 68 Conn. App. 190 (AC 22127), is denied.

*Vicki H. Hutchinson*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided March 28, 2002

## JANE ARONSON FORD *v.* AARON FORD

*Samuel V. Schoonmaker IV*, in support of the petition.

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 40 (AC 21207), is denied.